UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISNEY ENTERPRISES, INC., | Case No. CV 09-08178 DMG (VBKx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| KAREN AND DAVID (USA) INC. d/b/a Air Shoes a/k/a US Air Shoes, et al., | |
| Defendants. | |

Pursuant to the Court's Order, entered concurrently herewith, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Plaintiff Disney Enterprises, Inc. and against Defendant Karen and David (USA) Inc., as follows:

1. Defendant Karen and David and its agents, servants, employees and all persons in active concert and participation with them who receive actual notice of the injunction are hereby restrained and enjoined from:

    a. Infringing Plaintiff's Copyrights, either directly or contributorily, in any manner, including generally, but not limited to manufacturing, importing, distributing, advertising, selling and/or offering for sale any merchandise which features any of Plaintiff's Copyrights, and, specifically: Importing, manufacturing, distributing, advertising,

        selling and/or offering for sale the Counterfeit Products or any other unauthorized products which picture, reproduce, copy or use the likenesses of or bear a substantial similarity to any of Plaintiff's Copyrights;

    b. Importing, manufacturing, distributing, advertising, selling and/or offering for sale in connection thereto any unauthorized promotional materials, labels, packaging or containers which picture, reproduce, copy or use the likenesses of or bear a confusing similarity to any of Plaintiff's Copyrights;

    c. Engaging in any conduct that tends falsely to represent that, or is likely to confuse, mislead or deceive purchasers, the Defendant's customers and/or members of the public to believe, the actions of Defendant, the products sold by Defendant, or the Defendant itself are connected with Plaintiff, are sponsored, approved or licensed by Plaintiff, or are affiliated with Plaintiff;

    d. Affixing, applying, annexing or using in connection with the importation, manufacture, distribution, advertising, sale and/or offer for sale or other use of any goods or services, a false description or representation, including words or other symbols, tending to falsely describe or represent such goods as being those of Plaintiff.

4. Defendant is ordered to deliver for destruction all Counterfeit Products, and any other unauthorized products which picture, reproduce, copy or use the likenesses of or bear a substantial similarity to any of Plaintiff's Copyrights and any labels, signs, prints, packages, dyes, wrappers, receptacles and advertisements relating thereto in their possession or under their control bearing any of Plaintiff's Copyrights or any simulation, reproduction, counterfeit, copy or colorable imitations thereof, and all plates, molds, heat transfers, screens, matrices and other means of making the same.

5. Defendant is ordered to pay damages to Plaintiff pursuant to 17 U.S.C. § 504 in the sum of Twenty-Five Thousand Dollars ($25,000.00).

6. Defendant is ordered to pay Plaintiff's attorneys' fees and costs in the amount of Two Thousand One Hundred Dollars ($2,100.00).

7. Defendant is ordered to pay interest on the principal amount of the judgment to Plaintiff at a statutory rate pursuant to 28 U.S.C. § 1961(a).

**IT IS SO ORDERED.**

DATED:   October 18, 2010

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE